**NOT FOR PUBLICATION**

## UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 18-30142 |
| Plaintiff-Appellee, | D.C. No. 1:17-cr-00036-SPW-2 |
| v. | |
| LUIS JAVIER GASPAR, | MEMORANDUM* |
| Defendant-Appellant. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 18-30177 |
| Plaintiff-Appellee, | D.C. No. 1:17-cr-00036-SPW-1 |
| v. | |
| FRANCISCO CALDERON, | |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the District of Montana
Susan P. Watters, District Judge, Presiding

---

\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

Submitted October 23, 2019[**]
Portland, Oregon

Before: FARRIS, BEA, and CHRISTEN, Circuit Judges.

Appellants Luis Gaspar and Francisco Calderon appeal the district court's denial of their joint motion to suppress evidence obtained by police during a traffic stop. They argue the traffic stop, for following another vehicle too closely in violation of Montana Code Annotated § 61-8-329, was improper because the law is unconstitutionally vague. Even if the stop had been unconstitutional, however, the discovery of valid arrest warrants for both Appellants was "a sufficient intervening event to break the causal chain between the unlawful stop and the discovery of [the] evidence." *Utah v. Strieff*, 136 S. Ct. 2056, 2061, 195 L. Ed. 2d 400 (2016).

**AFFIRMED.**

---

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).